UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANITA R. HOWARD,

    Plaintiff,

Case No. 16-cv-10414
Hon. Matthew F. Leitman

v.

ACTING COMMISSIONER
CAROLYN W. COLVIN,

    Defendant.

_____/

## ORDER GRANTING MOTION AND DISMISSING CASE

On March 29, 2016, Counsel for Plaintiff filed a Motion to Withdraw Plaintiff's Complaint (ECF #4) stating that Plaintiff wished to voluntarily dismiss her case pursuant to Rule 41(a)(1)(A)(i).

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and this case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: March 30, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 30, 2016, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda  
                                                  Case Manager  
                                                  (313) 234-5113